### In re Citizens Savings & Trust Company.

*February 7—February 24, 1914.*

*Corporations: Who may inspect books: Pledgee of stock: Insolvent trust company in hands of banking commissioner.*

Where an insolvent trust company, organized under the laws of Wisconsin, is in the hands of the commissioner of banking for the purpose of liquidation, the circuit court may properly provide by order for the examination of the books, business documents, accounts, and securities of the company by a person who holds stock therein which has been transferred to him by indorsement in blank as collateral security, although such stock has not been transferred on the books of the company.

Appeal from an order of the circuit court for Milwaukee county: F. C. Eschweiler, Circuit Judge. *Affirmed.*

The appeal is by *A. E. Kuolt,* Commissioner of Banking, from an order requiring him to permit, in behalf of the *Milwaukee National Bank of Wisconsin,* an examination of the books and accounts of the Citizens Savings & Trust Company, and of the securities and property belonging to said company and the documents relating thereto, in the hands of said commissioner of banking.

For the appellant there was a brief by *Flanders, Bottum, Fawsett & Bottum,* attorneys, and *James G. Flanders,* of counsel, and oral argument by *Charles E. Monroe.*

For the respondent, *Milwaukee National Bank of Wisconsin,* there was a brief by *Miller, Mack & Fairchild,* and oral argument by *J. G. Hardgrove.*

Winslow, C. J.      In this case it is held that where an insolvent trust company, organized under the statutes of Wisconsin (secs. 2024—77i to 2024—77q, Stats. 1911), is in the hands of the commissioner of banking for the purpose of liquidation, it is eminently proper for the circuit court to provide by order for the examination of the books, business documents, accounts, and securities of the institution (at such

convenient times as may not unreasonably interfere with the process of liquidation) by a person who holds stock in the corporation transferred to him by indorsement in blank as collateral security, although such stock has not been transferred on the books of the corporation. Secs. 1751, 1757, 2022, Stats. 1911; *State ex rel. Bergenthal v. Bergenthal,* 72 Wis. 314, 39 N. W. 566.

*By the Court.*—Order affirmed.